UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **LEAMON VON MANCHESTER** | **CIVIL ACTION NO. 25-cv-685** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KEVIN COBB ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 10], no objections thereto having been filed, and after an independent review of the record, determining that the findings are correct under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that the Motion to Dismiss for Failure to State a Claim Pursuant to Federal Rule of Civil Procedure 12(b)(6) [Doc. No. 7] filed by Defendants is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** that Defendants' Motion is **GRANTED** as to Leamon Manchester's ("Manchester") official capacity claims against all Defendants.

**IT IS FURTHER ORDERED** that Defendants' Motion is **DENIED** as to the individual capacity claims against James Price and Shaun Butler.

**IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** that Manchester's *Monell* liability claims pursuant to 42 U.S.C. § 1983 against Defendants are **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 9th day of February 2026.

                                                        _____
                                                            TERRY A. DOUGHTY
                                                  UNITED STATES DISTRICT JUDGE